UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

Steven Wayne Fish, et al., Plaintiffs-Appellees,

v.

Kris W. Kobach, et al., Defendants-Appellants

Case No. 16-3147

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters of Kansas, Appellees

Party or Parties

Appellant/Petitioner or Appellee/Respondent

, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☒ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐ There are no such parties, or any such parties have heretofore been disclosed to the court.

| Dale E. Ho | R. Orion Danjuma | Sophia Lin Lakin |
|---|---|---|
| Name of Counsel | Name of Counsel | |
| /s/ Dale E. Ho | /s/ R. Orion Danjuma | /s/ Sophia Lin Lakin |
| Signature of Counsel | Signature of Counsel | |
| 125 Broad Street, 18th Floor | Same address. | Same address. |
| New York, NY 10004. Tel.: (212) 549-2693 | Tel.: (212) 549-2563 | Tel.: (212) 519-7836 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number | |
| E-Mail Address  dale.ho@aclu.org | E-Mail Address  odanjuma@aclu.org     slakin@aclu.org | |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) May 25, 2016     via (state method of service) ECF.

to  counsel for all parties        /s/ Dale E. Ho
(*See* Fed. R. App. P. 25(b))     (Signature)

**A-5**  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Steven Wayne Fish, et al., Plaintiffs-Appellees,

v.

Kris W. Kobach, et al., Defendants-Appellants

Case No. 16-3147

**Certificate of Interested Parties**

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

More than 18,000 similarly situated voters have an interest in the outcome of the litigation. See Mem. & Order, ECF No. 129, at 41, 49, 61, 66. Plaintiffs' motion for class certification is pending before the District Court.