**FILED**
United States Court of Appeals
Tenth Circuit

**June 10, 2016**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| STEVEN WAYNE FISH; DONNA BUCCI; CHARLES STRICKER; THOMAS J. BOYNTON; DOUGLAS HUTCHINSON; LEAGUE OF WOMEN VOTERS OF KANSAS,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas,<br><br>Defendant - Appellant,<br><br>and<br><br>NICK JORDAN,<br><br>Defendant. | No. 16-3147<br>(D.C. No. 2:16-CV-02105-JAR-JPO)<br>(D. Kan.) |

_____

**ORDER**
_____

Before **BRISCOE** and **HOLMES**, Circuit Judges.
_____

Defendant-Appellant Kris Kobach, in his official capacity as Secretary of State for the State of Kansas, has filed a motion for (1) a stay pending appeal of the district court's order of May 17, 2016; (2) expedited review of that appeal; and (3) an administrative stay pending disposition of this motion if it is not resolved by June 14, 2016.  We conclude that Defendant-Appellant has not made the requisite showing for a stay pending appeal so

we deny that motion. *See FTC v. Mainstream Mktg. Servs., Inc.*, 345 F.3d 850, 852-53 (10th Cir. 2003) (per curiam) (setting forth stay factors); *see also* 10th Cir. R. 8.1 (same). We also deny the request for an administrative stay as moot.

We grant the request for expedited review. The parties will be informed by separate order as to the briefing and oral argument schedule.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk